# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CLARENCE SUTTON, | : No. 28 EAP 2014 |
| | : |
| Appellant | : Appeal from the Order dated 06/16/2014 |
| | : (entered on 06/17/2014) in the |
| | : Commonwealth Court at No. 190 MD 2014. |
| v. | : |
| | : |
| | : |
| PENNA. BOARD OF PROBATION AND | : |
| PAROLE, AND HON. KATHLEEN KANE | : |
| ATTORNEY GENERAL | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

 **AND NOW,** this 17th day of February, 2015, the order of the Commonwealth Court is hereby **AFFIRMED**.